IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| NICHOLAS RONTILE POE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 107-095 |
| | ) |
| JOHN DOE, Work Detail Officer, | ) |
| Jefferson County Correctional Institution, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 2nd day of June, 2008, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE